UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Angi Schave, | Court File No. 22-cv-1555 (JRT/LIB) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| CentraCare Health System, the Board of Directors of CentraCare Health System, and John Does 1-40, | |
| Defendants. | |

Pursuant to Rule 23(e) and (g), Plaintiff respectfully moves this Court for an order granting final approval of a class action settlement. Through this motion, Plaintiff seeks an order that makes a final determination the parties' settlement is fair, reasonable, and adequate; certifies class action for purposes of settlement; appoints Shawn Wanta, Scott Moriarity, and Katherine Rollins of Wanta Thome as Class Counsel; enters final judgment by and between the Plaintiff, Class Members, and Defendants; and directs relief in accordance with the terms of the class action settlement agreement. This motion is based on a supporting memorandum of law and declaration and such other submissions this Court may require. Based on the foregoing, Plaintiff respectfully asks this Court to grant her motion and order such relief as this Court deems just and proper.

| | |
|---|---|
| Dated: September 12, 2024. | */s* Scott Moriarity<br>Shawn J. Wanta, #0389164<br>Scott Moriarity, #0321977<br>Katherine E. Rollins, #0402808<br>WANTA THOME PLC<br>100 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Telephone: (612) 252-3570<br>Fax: (612) 252-3571<br>samoriarity@wantathome.com<br>sjwanta@wantathome.com<br>kerollins@wantathome.com<br><br>ATTORNEYS FOR PLAINTIFF |