UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Angi Schave, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CentraCare Health System, The Board of Directors of CentraCare Health System, and John Does 1 – 40,<br><br>Defendants. | Court File No. 0:22-cv-1555-JRT-LIB<br><br>**DECLARATION OF SCOTT MORIARITY IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Scott Moriarity, am over eighteen years of age, and I am counsel of record for Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement. On my personal knowledge, I declare the following.

1. In its May 17, 2024 order preliminarily approving the class action settlement in this matter (Doc. No. 60), this Court appointed Atticus Administration (Atticus) to be the settlement administrator.

2. After the preliminary approval order issued, Atticus received Class Member data from the Defendants. Based on that data, Atticus identified 34,664 Class Members. Of those Class Members, approximately 45.6% are current participants in the retirement plans at issue in this case. The remaining Class Members are former participants in those plans.

3. Atticus proceeded with mailed notice to all Class Members on June 28, 2024. On or around that date, Atticus also e-mailed the same notice to 30,250 Class Members or approximately 87.3% of the total Class.

4. According to information reported by Atticus, of the 34,664 mailed notices, 7 were returned with a forwarding address and 466 were returned without a forwarding address. Atticus successfully remailed the notices to those with a forwarding address. Of those without a forwarding address, Atticus traced the returned addressed and obtained 407 updated addresses. Atticus successfully remailed the notices to those with traced addresses.

5. Consistent with the Class Action Fairness Act, Atticus provided notice of the settlement to state and federal officials on or around June 28, 2024.

6. For Class Members who are former participants in the retirement plans at issue in this case, the Settlement Agreement provided the option for those Class Members to submit a claim form and direct their settlement payments be deposited in a qualifying retirement rollover account. Approximately 742 Class Members submitted claim forms directing such deposits to a qualifying account.

7. In accordance with the settlement agreement in this case, Defendants selected Newport Trust Company (Newport) as an independent fiduciary to review and approve the settlement. Newport approved the settlement on August 15, 2024. A true and correct copy of its approval letter is attached as **Exhibit A.**

8. As of the date of this declaration, neither me nor any other Class Counsel in this case have received any objections to the settlement, formally or informally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 12, 2024.                    */s/ Scott Moriarity*
                                              SCOTT MORIARITY
                                              COUNSEL FOR PLAINTIFF